# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YESSICA VIRIDIANA DE LA CRUZ MONRROY,<br><br>Defendant. | Case No. 22-cr-1937-AJB<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**<br><br>**The Honorable Anthony J. Battaglia** |

The United States of America's Motion to Dismiss the Indictment Without Prejudice (ECF No. 23) is GRANTED. The Court dismisses the Indictment (ECF No. 13) against Defendant Yessica Viridiana De La Cruz Monrroy without prejudice.

**IT IS SO ORDERED.**

Dated: October 20, 2022

Hon. Anthony J. Battaglia
United States District Judge